**US BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

FEB 10 2020

| | | |
|---|---|---|
| **Global Capital LLC, et al** § | | Chapter 11 |
| **Plaintiff,** § | | |
| vs. § | | Case No. 18-19121-RAM |
| **Timberline Lawn and Landscape** § | | |
| § | | Adv. Case No. 19-01635 |
| **Defendant.** § | | |

## MOTION TO VACATE DEFAULT JUDGMENT

### TO THE HONORABLE JUDGE OF SAID COURT

I, Loth Bounlatay, an individual without benefit of counsel hereby on the 6TH day of February 2020, responds to this Default Judgement request that:

1. Defendant operates solely in Texas. Plaintiff is trying to circumvent the justice system by having location at Defendant's disadvantage.
2. The dba company Timberline Lawn and Landscape has filed for bankruptcy with US District Court – Northern District of Texas – Case #20-40267 on 1/21/2020. Case should be transferred here to Texas.
3. Defendant should be the LLC entity only, not me as an individual.
4. Filing for Judgement should be dismissed as the Case is being disputed. I was also improperly served for this case. I never received a citation for the case in Florida.
5. Plaintiff operated a contract that is illegal in Texas because it is predatory lending and deceptive.

Respectfully submitted,

_____
Loth Bounlatay
bounlatay@yahoo.com
1137 Sea Ter.

Irving, TX 75060

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been delivered to the following party or counsel of record via US Mail on this 6th day of February 2020.

Jonathan S. Feldman
283 Catalonia Ave, Ste. 200
Miami, FL 33134
Tel: 305-377-0086
Fax: 305-377-0781

_____
Loth Bounlatay
bounlatay@yahoo.com
1137 Sea Ter.
Irving, TX 75060